RECEIVED

JUN 1 6 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

GREGORY JEAN-LOUIS        CIVIL ACTION NO. 08-0481

VS.        SECTION P

LOUISIANA STATE PENITENTIARY        JUDGE DOHERTY

       MAGISTRATE JUDGE HILL

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. § 2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 16 day of _____, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE