RECEIVED

AUG 2 7 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| GREGORY JEAN-LOUIS | CIVIL ACTION NO. 08-0481 |
| VERSUS | JUDGE DOHERTY |
| WARDEN, LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE HILL |

## ORDER

Pending before this Court is the "Notice of Intent to File an Appeal" filed by Gregory Jean-Louis [Doc. 19]. The proposed Order attached to the notice requests that this Court grant the Notice of Appeal and set a deadline for the filing of an appeal. No statutory or jurisprudential support for such a motion is set forth in the Notice, except for the reference to 28 U.S.C. § 2253, which governs certificates of appealability.

This Court denied the petitioner's certificate of appealability on July 21, 2008 [Doc. 17]. Additionally, this Court does not believe it has the authority to grant a notice of appeal or to set a deadline for the filing of same. If such authority exists, the petitioner may re-urge the instant Notice/Motion, setting forth in detail the precise statutory or jurisprudential authority that permits the Court to grant the requested relief.

Considering the foregoing, any and all requests for relief contained in the "Notice of Intent to File an Appeal" are DENIED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 27 day of August, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE