RECEIVED
SEP 1 1 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREGORY JEAN-LOUIS | CIVIL ACTION NO. 08-0481 |
| VS. | SECTION P |
| LOUISIANA STATE PENITENTIARY | JUDGE DOHERTY |
| | MAGISTRATE JUDGE HILL |

### ORDER

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Jeanlouis' Motion for Relief from Judgment Pursuant to F.R.C.P. Rule 60(b) be construed as a second or successive federal *habeas corpus* petition pursuant to 28 U.S.C. §2244(b) and therefore be **DISMISSED** for lack of subject matter jurisdiction, and alternatively, **DENIED** and **DISMISSED** on the merits.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 10th day of September, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE