
RECEIVED
SEP 2 3 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| GREGORY JEAN-LOUIS | CIVIL ACTION NO. 08-0481 |
| VERSUS | JUDGE DOHERTY |
| LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE HILL |

## JUDGMENT

Pending before this Court is petitioner Gregory Jean-Louis's "Motion to Properly Consider Objections to Magistrate's Report and Recommendation of September 11, 2009" [Doc. 31]. In his motion, *pro se* petitioner Gregory Jean-Louis urges this Court to consider his Objections to the magistrate judge's Report and Recommendation, issued on August 17, 2009 [Doc. 27],[1] alleging he did not receive the Report and Recommendation until September 1, 2009 and could not file his Objections until now.[2]

Considering the foregoing, it is ORDERED that petitioner's "Motion to Properly Consider Objections to Magistrate's Report and Recommendation of September 11, 2009" [Doc. 31] is GRANTED.

However, after an independent review of the record and the Objections filed by the petitioner, despite the filing of the Objections, this Court concludes the Report and Recommendation of the magistrate judge remains correct and this Court adopts the conclusions set forth therein.

---

[1] In his Report and Recommendation, the magistrate judge recommended that petitioner's Motion for Relief from Judgment Pursuant to F.R.C.P. 60(b) be construed as a second or successive federal habeas corpus petition pursuant to 28 U.S.C. §2244(b) and, therefore, be dismissed for lack of subject matter jurisdiction, or alternatively, be denied and dismissed on the merits. This Court, noting the absence of objection, issued a Judgment adopting the Report and Recommendation on September 11, 2009 [Doc. 29].

[2] Objections to the Report and Recommendation were due to be filed on September 3, 2008.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Gregory Jean-Louis's Motion for Relief from Judgment Pursuant to F.R.C.P. Rule 60(b) is DENIED for lack of subject matter jurisdiction, and alternatively, DENIED and DISMISSED on the merits.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 29 day of September, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE