RECEIVED
OCT - 6 2009
TON... MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **GREGORY JEAN LOUIS** | **CIVIL ACTION NO. 6:08CV481** |
| **VERSUS** | **JUDGE DOHERTY** |
| **WARDEN, LSP** | **MAGISTRATE JUDGE HILL** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _____, Louisiana, this _6_ day of _October_, 2009.

_____
Rebecca F. Doherty
UNITED STATES DISTRICT JUDGE