RECEIVED

OCT - 8 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

**GREGORY JEAN LOUIS**                    **CIVIL ACTION NO. 6:08CV481**

**VERSUS**                                **JUDGE DOHERTY**

**WARDEN, LSP**                           **MAGISTRATE JUDGE HILL**

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

_____  The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

_____  The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _____, Louisiana, this _____ day of _____, 2009.


_____
Rebecca F. Doherty
UNITED STATES DISTRICT JUDGE