U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JUL 18 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY JEANLOUIS** | **CIVIL ACTION NO. 6:08-0481** |
| VS. | SECTION P |
| **LOUISIANA STATE PENITENTIARY** | JUDGE DOHERTY |
| | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion for Relief from Judgment Pursuant to F.R.C.P. Rule 60(b) [rec. doc. 42] is **DENIED** and **DISMISSED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _15_ day of _July_, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 7/18/2011
BY: CH
TO: CG